# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21CR000290JAR |
| WILLIAM DAHL, and | ) |
| JENNIFER HUDDLESTON, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motions to Continue the Trial Setting filed by Defendants Dahl and Huddleston (Doc. Nos. 94 and 96, respectively).

For good cause shown,

**IT IS HEREBY ORDERED** that the Motions to Continue the Trial Setting filed by Defendants Dahl and Huddleston [Doc. Nos. 94 and 96, respectively] are **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendants in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act. The jury trial of this matter is continued to **Monday, May 15, 2023 at 9:00 a.m.**

Dated this 17th day of February, 2023.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**